# EXHIBIT 2

FILED IN MY OFFICE
DISTRICT COURT CLERK
7/24/2015 4:35:52 PM
STEPHEN T. PACHECO
Jessica Garcia

STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT COURT

IN THE MATTER OF THE ESTATE OF
JAY POSNER, deceased.

Cause No. D-101-CV-2015-01725

## ORDER OF APPOINTMENT OF PERSONAL REPRESENTATIVE UNDER THE WRONGFUL DEATH ACT

THIS MATTER having come before the Court on the Petition of Lee Hunt, Esq. for his appointment as personal representative of the Estate of Jay Posner, deceased, solely for the purposes of investigating and bringing a lawsuit under the New Mexico Wrongful Death Act and the Court having considered the application FINDS:

1. Petitioner's application for appointment as a personal representative is complete;

2. On the basis of the statements in the Petition, this Court has jurisdiction over this proceeding;

3. Venue is proper in this Court;

4. Petitioner's application for appointment as personal representative is made pursuant only to the Wrongful Death Act;

5. This proceeding was commenced within the limitation period prescribed by the laws of the State of New Mexico; and

6. Petitioner is a qualified person as defined by the laws of the State of New Mexico and, pursuant to NMSA 1978, § 45-3-203(F), is not disqualified to serve as the personal representative for the purposes of a wrongful death lawsuit.

NOW, THEREFORE, IT IS ORDERED, ADJUDICATED, AND DECREED as follows:

1. Petitioner's application for appointment as the personal representative of the Estate of Jay Posner is hereby granted; and

2. Lee Hunt, Esq. is hereby appointed as the personal representative of the Estate of Joseph Placencia for all proceedings related to a wrongful death action.

HONORABLE
District Court Judge

Submitted by:

*/s/ Tyler J. Atkins*
Tyler J. Atkins
PARNALL LAW FIRM, LLC
P.O. Box 8009
Albuquerque, NM 87198-8009
(505) 268-6500; FAX (505) 268-8708
tyler@parnalllaw.com